[No. 27771-9-II.   Division Two.   February 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LEON DIAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-01044-3, Kathryn J. Nelson, J., entered August 23, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 27973-8-II.   Division Two.   February 14, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DARDEN HOOPER DIXON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00208-6, Frederick B. Hayes, J., entered October 5, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 28011-6-II.   Division Two.   February 14, 2003.]

*In the Matter of the Marriage of* ROSEANNE DETTERER WINDRUM, *Respondent*, and FRANK WINDRUM, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-03606-8, Kathryn J. Nelson, J., entered October 24, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.